JOHN ROBBINS, an Infant, by JOHN F. ROBBINS, His Guardian ad Litem, Appellant, v. WILLIAM A. BOYER et al., Individually and as Copartners Doing Business under the Name of BOYER & LYONS, Respondents.— Motion for reargu-

ment denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 283 App. Div. 449.]